

# HELEN F. DALTON & ASSOCIATES, P.C.
## ATTORNEYS AT LAW

80-02 Kew Gardens Road, Suite 601, Kew Gardens, NY 11415
Tel. (718) 263-9591 Fax. (718) 263-9598

September 27, 2021

**Via ECF**
The Honorable Judge A. Kathleen Tomlinson
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re: Sosa, et al. v. Fluff n Fold Laundromat, Inc., et al.**
      **Docket No.: 20-CV-3053 (AKT)**

Dear Judge Tomlinson:

   Our office represents the Plaintiffs in the above-referenced matter and we submit this letter supplementing the parties' Motion for Settlement Approval filed on August 19, 2021 [Dkt. No. 33].

   Pursuant to the Telephone Conference held on September 1, 2021, attached hereto as **Exhibit 1** are Plaintiffs' counsel's contemporaneous billing and records, lodestar calculation and attorney qualifications in support of the attorneys' fees requested in the Motion for Settlement Approval.

   We thank Your Honor for her consideration and remain available to provide any additional information.

                                            Respectfully submitted,

                                            *James O'Donnell*
                                            James O'Donnell, Esq.