UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MARTHA ESTELA SOSA, on behalf of
herself and all others similarly situated,

                          Plaintiff,

        -against-

FLUFF N FOLD LAUNDROMAT LLC,
STEVEN MENEXAS, and ELAINE
MENEXAS,

                          Defendants.
-------------------------------------------------------------X

**MEMORANDUM AND ORDER**

20-CV-3053 (SIL)

**STEVEN I. LOCKE, United States Magistrate Judge:**

On August 19, 2021, in this wage and hour action brought pursuant to the Fair Labor Standards Act of 1938 ("FLSA"), 29 U.S.C. § 201 *et seq.*, and the New York Labor Law ("NYLL"), N.Y. Lab. Law § 190 *et seq.* and § 650 *et seq.*, Plaintiff Martha Estela Sosa and Defendants Fluff n Fold Laundromat LLC, Steven Menexas and Elaine Menexas (collectively, "Defendants") submitted a motion seeking approval of a Settlement Agreement and Release (the "Settlement Agreement").[1]  *See* DE [33]. On October 26, 2021, following reassignment to this Court, the parties appeared before this Court for a fairness hearing pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015).  *See* DE [37].

The Court finds that the Settlement Agreement's terms are fair and reasonable.  *See Cheeks*, 796 F.3d at 206; *see also Wolinsky v. Scholastic Inc.*, 900 F. Supp. 2d 332, 335 (S.D.N.Y. 2012) (requiring that a district court scrutinize an FLSA

_____

[1] This action has been assigned to this Court for all purposes pursuant to 28 U.S.C. § 636(c).  *See* Docket Entry ("DE") [35]; Orders dated September 14, 2021, October 25, 2021.

settlement agreement to determine that it is fair and reasonable).  Accordingly, the

Settlement Agreement is approved, and the Clerk of the Court is directed to close this

case.

Dated:        Central Islip, New York          **SO ORDERED.**
              October 26, 2021

                                                /s/ Steven I. Locke
                                                STEVEN I. LOCKE
                                                United States Magistrate Judge